UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID VAN EEOPEL

v.  :  Case No. 8:13-CV-3168-T-35TGW

HARTFORD LIFE AND
ACCIDENT
INS. CO.

ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Motion to Discovery Beyond Administrative Record (Doc. 16). The ERISA Case Management and Scheduling Order provides that the plaintiff may seek "specific discovery beyond the scope of the Administrative Record" in a motion "requesting such relief with detailed specificity" (Doc. 12). Thus, the import of this provision is that the plaintiff must identify specific factual circumstances warranting discovery beyond the administrative record. The plaintiff's motion does not satisfy these criteria. Thus, the plaintiff requests broadly "documents, [to] propound interrogatories, request admissions, and schedule a Rule 30(b)(6) deposition of Defendant's corporate representative" in order to generally evaluate the case (Doc. 16, pp. 1, 2).

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff's Motion to Discovery Beyond Administrative Record (Doc. 16) be, and the same is hereby, **DENIED without PREJUDICE**.

DONE and ORDERED at Tampa, Florida, this 17th day of March, 2014.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE